FILED
HARRISBURG
JUN 1, 2017
PER /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | CRIM. NO. 1:17-mJ-043 |
|---|---|---|
|  | ) |  |
| v. | ) | (Judge        ) |
|  | ) |  |
| MARK JOHNSON | ) | (Magistrate Judge Carlson) |

## MOTION FOR DETENTION

AND NOW comes the United States of America, by its undersigned counsel and, pursuant to Title 18 U.S.C., Section 3142, hereby requests detention of the above-named defendant, and sets forth in support thereof:

__✓__ 1. That the government is entitled to a detention hearing based upon the following:

    __✓__ a. Defendant is charged with a crime of violence as defined in Title 18 U.S.C. Section 3156 or an offense listed in Title 18 U.S.C. 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed See 18 U.S.C. Section 3141(f)(1)(A); or

    _____ b. Defendant is charged with an offense for which the maximum sentence is life imprisonment or death See 18 U.S.C. Section 3141(f)(1)(B); or of imprisonment of

        10 years or more is prescribed in the Controlled Substances Act (Title 21, U.S.C., Section 801 et seq.), or Section 1 of the Act of September 15, 1980 (Title 21, U.S.C., Section 955a); See 18 U.S.C. Section 3141(f)(1)(C) or

\_\_\_\_\_  c.  Defendant is charged with an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (Title 21, U.S.C. Section 801 et seq.), or Section 1 of the Act of September 15, 1980 (Title 21, U.S.C., Section 955a); See 18 U.S.C. Section 3141(f)(1)(C) or

\_\_\_\_\_  d.  Defendant is presently charged with a felony and has been convicted of two or more offenses described in subparagraph a-c above, or two or more state or local offenses that would have been offenses described in subparagraphs a-c above if a circumstance giving rise to federal jurisdiction had existed or a combination of such offenses;   See 18 U.S.C. Section 3141(f)(1)(D);or

_____ e.  Defendant is charged with a felony that is not otherwise a crime of violence that involves a minor victim or that involves the possession or use of a firearm or destructive device, or involves a failure to register under section 2250 of Title 18, United States Code, <u>See</u> 18 U.S.C. Section 3141(f)(1)(E).

__✓__ f. That a serious risk exists that defendant will flee; <u>See</u> 18 U.S.C. Section 3141(f)(2)(A) or

__✓__ g.  That a serious risk exists that defendant will obstruct or attempt to obstruct justice or threaten injure or intimidate or attempt to threaten injure or intimidate, a prospective witness or juror.  See 18 U.S.C. Section 3141(f)(2)(B).

_____ 2.  That a rebuttable presumption arises that no condition or combination of conditions will reasonably assure the safety of any other person and the community, in that:

_____ a.  That defendant has been convicted of a federal offense described in subsection 1(a)-(d) above, or of a state or

            local offense that would have been an offense described in subsection 1(a)-(d) above if a circumstance giving rise to federal jurisdiction had existed;

\_\_\_\_ b.    That the offenses described in paragraphs 1(a)-(d) above were committed while defendant was on release pending trial for a federal, state or local offense; and

\_\_\_\_ c.    A period of not more than five years has elapsed since the date of defendant's conviction or release from imprisonment for the offenses described in paragraph 1(a)-(d) whichever is later. <u>See</u> 18 U.S.C. Section 3141(e).

\_\_\_\_ 3.    That a rebuttable presumption arises that no condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of the community, in that:

\_\_\_\_ a.    Defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (Title 21, U.S.C., Section 951 <u>et. seq.</u>), Section 1 of the Act of September

15, 1980 (Title 21, U.S.C., Section 955a; or

___ b.   Defendant committed an offense under Title 18, U.S.C., Section 924(c), that is, defendant did during and in relation to any crime of violence or drug trafficking crime use or carry a firearm; or

___ c.   Defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed or an offense involving a minor victim under Title 18, U.S.C., Sections 1201, 1591, 2241-42, 2244-45, 2251-52, 2260, 2421-23 or 2425.  See 18 U.S.C. Section 3141(e).

✓ 4.   The Government further submits that no condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of any other person and the community because:

✓ a.   Defendant is a danger to any other person or the community, and/or;

✓ b.   Defendant is a flight risk.

___ 5.  The defendant is currently in custody on other matters. The United States requests the entry of a detention order at this time without prejudice to a full detention hearing in the event that the defendant's custodial status changes.

_✓_ 6.  The United States requests a continuance of three days in which to prepare for a hearing on this motion.

                                        Respectfully submitted,

                                        BRUCE D. BRANDLER
                                        United States Attorney

Dated: June 1, 2017          BY:    _/s/ William A. Behe_____
                                        WILLIAM A. BEHE
                                        Assistant United States Attorney
                                        William.Behe@usdoj.gov
                                        PA 32284
                                        228 Walnut Street, Suite 220
                                        P.O. Box 11754
                                        Harrisburg, PA 17108-1754
                                        Phone: (717) 221-4482
                                        Fax: (717)221-4493