UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

FILED HARRISBURG
JUN 1 2017
PER _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 1:17-MJ-00043-1-MCC |
| MARK JOHNSON, | ORDER APPOINTING COUNSEL |
| Defendant. | |

The individual named below, having testified under oath or having otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the Court finds that the Defendant financially qualifies for court-appointed counsel, therefore,

IT IS ORDERED that Daniel M. Myshin is hereby appointed to represent Defendant, Mark Johnson.

DATED this 1st day of June, 2017.

s / Martin C. Carlson

Martin C. Carlson
United States Magistrate Judge