IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :     Criminal No. 1:17-CR-181-1

v.                            :

MARK JOHNSON,                 :

  Defendant                   :

FILED
HARRISBURG
JUN 7 2017
PER  DM
DEPUTY CLERK

P L E A

AND NOW, this 7th day of JUNE 2017, the within named defendant, hereby enters a plea of NOT GUILTY to the within indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)