

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Judge Jones |
| v. | : | 1:17-CR-181 |
| MARK JOHNSON | : | |

FILED HARRISBURG, PA JUN 16 2017

## DEFENDANT'S REQUEST FOR PRETRIAL NOTICE PURSUANT TO FED.R.CRIM.P. 12(b)(4)(B)

AND NOW, comes Defendant, MARK JOHNSON, by and through counsel, Daniel M. Myshin, Esq., pursuant to Fed.R.Crim.P. 12(b)(4)(B), and so that the defense may have an opportunity to move to suppress evidence pursuant to Fed.R.Crim.P. 12(b)(3)(C); hereby respectfully requests notice from the government of the government's intention to use (in its evidence-in-chief at trial) any evidence that the defendant may be entitled to discover under Fed.R.Crim.P. 16.

Respectfully submitted,

s/ Daniel M. Myshin

Daniel M. Myshin, Esq., PA #40366
P.O. Box 33
Hummelstown, PA 17036
Telephone: 717.541.5451
dmmesq@myshinlaw.com

## CERTIFICATE OF SERVICE

AND NOW, this ___ day of June, 2017 the undersigned certifies that he is a person of suitable age and discretion to be competent to serve papers. Further, that in accordance with Local Rule 5.7, the undersigned served a copy of the attached document upon the following persons in the manner indicated below:

By personal service upon:

>AUSA William A. Behe, c/o
>United States Attorney's Office
>228 Walnut Street
>Harrisburg, Pennsylvania.

Respectfully submitted,

s/ Daniel M. Myshin

Daniel M. Myshin, Esq. #40366
P.O. Box 33
Hummelstown, PA 17036
Telephone: 717.541.5451
dmmesq@myshinlaw.com