UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **No. 17cr181** |
| | : | |
| **vs.** | : | **Judge Jones** |
| | : | |
| **MARK JOHNSON** | : | |
|     **Defendant** | | |

## MOTION TO WITHDRAW PLEA

Now, this 14th day of May, 2018, the Defendant in the above-captioned case, in open court, moves this court to be permitted to withdraw my plea of not guilty and to enter a plea of guilty to Counts 1 of the Indictment

_____
MARK JOHNSON

## ORDER

AND NOW, this 14th day of May, 2018, the motion is granted.

_____
John E. Jones III
United States District Judge

## GUILTY PLEA

NOW, this 14th day of May 2018, the defendant in open court enters a plea of guilty to counts 1 of the Indictment.

_____
MARK JOHNSON