IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:17-CR-181 |
| | : | |
| v. | : | |
| | : | (JUDGE JONES III) |
| | : | |
| MAKR JOHNSON, | : | |
| DEFENDANT | : | (ELECTRONICALLY FILED) |

## MOTION FOR RECONSIDERATION
## OF DETENTION PENDING SENTENCING

AND NOW, this 17th day of June, 2018, the Defendant, Mark Johnson, by and through his undersigned counsel, Korey Leslie, Esquire, submits the following motion for reconsideration of detention pending sentencing. In support of this motion, the Defendant avers the following:

1. On June 7, 2017, the Defendant appeared before United States Magistrate Judge Martin C. Carlson for an Initial Appearance and entered a plea of not guilty to the Indictment. The Defendant was ordered detained at that time.

2. On May 14, 2018, the Defendant entered a guilty plea to Count I of the Indictment. This Court has set a presentence conference for September 27, 2018.

3.  The Defendant seeks reconsideration of the detention order at this time.

4.  The Defendant believes he can be released on House Arrest with Electronic Monitoring.  This would provide authorities with reasonable assurance of the Defendant's whereabouts at all times.  The Defendant will be working full time upon his release.

5.  Assistant United States Attorney William Behe was contacted regarding this request. The government opposes the Defendant being released from incarceration.

WHEREFORE, the Defendant, William Behe, respectfully requests a hearing on his motion for reconsideration of pretrial detention.

Respectfully Submitted,

By: */s/ Korey Leslie, Esquire*
　　*Thomas Korey Leslie, Esquire*
　　*Korey Leslie, Attorney-at-Law,*
　　*A Limited Liability Company*
　　PA BAR ID No. 90866
　　104 East King Street
　　York, PA  17401-2036
　　Phone: (717) 845-5353
　　Fax: (717) 845-5005
Date: June 17, 2018　　Email: korey@koreyleslie.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:17-CR-181** |
| | : | |
| **v.** | : | |
| | : | **(JUDGE JONES III)** |
| | : | |
| **MAKR JOHNSON,** | : | |
| **DEFENDANT** | : | **(ELECTRONICALLY FILED)** |

## CERTIFICATE OF NON-CONCURRENCE

In accordance with Local Rule 7.1, I, Thomas Korey Leslie, Esquire, counsel for Mark Johnson, hereby certify that Assistant United States Attorney William Behe does not concur in the request made in the foregoing Motion for Reconsideration of Detention Pending Sentencing.

Respectfully Submitted,

By: */s/ Korey Leslie, Esquire*
Thomas Korey Leslie, Esquire
*Korey Leslie, Attorney-at-Law,*
*A Limited Liability Company*
PA BAR ID No. 90866
104 East King Street
York, PA 17401-2036
Phone: (717) 845-5353
Fax: (717) 845-5005

Date: June 17, 2018                                  Email: korey@koreyleslie.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:17-CR-181 |
| | : | |
| v. | : | |
| | : | (JUDGE JONES III) |
| | : | |
| MAKR JOHNSON, | : | |
| DEFENDANT | : | (ELECTRONICALLY FILED) |

## CERTIFICATE OF SERVICE

I, Thomas Korey Leslie, Esquire, counsel for Mark Johnson, hereby certify that I have served, via e-delivery, the foregoing Motion for Reconsideration of Detention Pending Sentencing on Assistant United States Attorney William Behe.

Respectfully Submitted,

By: */s/ Korey Leslie, Esquire*
Thomas Korey Leslie, Esquire
*Korey Leslie, Attorney-at-Law,*
*A Limited Liability Company*
PA BAR ID No. 90866
104 East King Street
York, PA 17401-2036
Phone: (717) 845-5353
Fax: (717) 845-5005
Email: korey@koreyleslie.com

Date: June 17, 2018